UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK WILSON,

     Plaintiff,

                             Case No. 1:22-cv-359

v.

                             Hon. Hala Y. Jarbou

LORI BLUE,

     Defendant.

_____/

## **ORDER**

In accordance with the opinion entered this date:

**IT IS ORDERED** that the report and recommendation ("R&R") of the magistrate judge (ECF No. 56) is **APPROVED** and **ADOPTED** as the opinion of the Court, along with the supplemental analysis contained in the Court's separate opinion.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 49) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's remaining federal claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction.

**IT IS FURTHER ORDERED** that the Court declines to certify that an appeal would not be taken in good faith.

A judgment will enter consistent with this order.


Dated: December 15, 2023                                    /s/ Hala Y. Jarbou
                                                            HALA Y. JARBOU
                                                            CHIEF UNITED STATES DISTRICT JUDGE